UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WIESLAW ROG, ET AL | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-597 (JCH) |
| | : | |
| CITY OF HARTFORD, ET AL | : | |
|     Defendants | : | DECEMBER 12, 2003 |

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____     All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____     A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____     To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____     A ruling on the following motion which is currently pending (orefm.):

  √___     A settlement conference (orefmisc./cnf)

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 12th day of December, 2003.


                                      /s/Janet C. Hall_____
                                      Janet C. Hall
                                      United States District Judge