HONORABLE **JCH** CT/cvjysel (January 18, 2002)
DEPUTY CLERK **BORISKEY**    RPTR/ERO/TAPE **FINKELSTEIN**

TOTAL TIME: ___ hours **5** minutes

DATE **12-4-03**    START TIME **10:10**    END TIME **10:15**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02CV597JCH**

**ROG**
vs.
**CITY OF HARTFORD**

§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

**K. FERRY**
Plaintiffs Counsel

**Wm MELLY**
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ........    ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☐ ........    ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ........    _____  ☐ filed ☐ docketed
☐ ........    _____  ☐ filed ☐ docketed
☐ ........    _____  ☐ filed ☐ docketed
☐ ........    _____  ☐ filed ☐ docketed
☐ ........    _____ # jurors present
☐ ........    Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ........    Voir Dire by Court
☐ ........    Peremptory challenges exercised (See attached)
☐ ........    Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ........    Remaining jurors excused
☐ ........    Discovery deadline set for _____
☐ ........    Disposition Motions due _____
☐ ........    Joint trial memorandum due _____
☐ ........    Trial continued until _____ at _____

☐ COPY TO: JURY CLERK