

*held*
*2:00-3:00*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Holly B. Fitzsimmons, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 266

February 2, 2004

2:00 p.m.

AT LEAST 5 DAYS BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, NO MORE THAN 3 PAGES IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND ANY AGREEMENT(S) ALREADY REACHED. REPRESENTATIVES OF EACH PARTY WITH FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE SETTLEMENT CONFERENCE ORDER PREVIOUSLY ISSUED REMAINS IN EFFECT.

CASE NO. **3:02cv597 JCH**    **Wieslaw Rog v. City of Hartford**

Kevin C. Ferry
286 Farmington Ave.
Ste. 201
Hartford, CT 06105


William J. Melley III
Law Offices of William J. Melley, III
250 Hudson Street
Hartford, CT 06106

                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK
                                      12/18/03