UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WIESLAW ROG & WANDA ROG

v.

CITY OF HARTFORD, ET AL.

APPEARANCE

CASE NUMBER: 3:02CV597

FILED 2004 MAR -3 P 12: 12
US DISTRICT COURT
BRIDGEPORT CT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: the Plaintiffs

___3/8/04___
Date

___CT24890___
Connecticut Federal Bar Number

___860-247-7242___
Telephone Number

___860-246-2265___
Fax Number

___gregory@kevinferrylaw.com___
E-mail address

_____
Signature

___Gregory Osakwe___
Print Clearly or Type Name

___286 Farmington Avenue___
Address

___Hartford, CT  06105___

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

William J. Melley, III
Law Offices of William J. Melley
250 Hudson Street
Hartford, CT  06106

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001