## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG, ET AL : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-597 (JCH) |
| : | |
| CITY OF HARTFORD, ET AL : | MARCH 12, 2004 |
|     Defendants : | |

### ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **The Honorable Warren W. Eginton** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **Bridgeport,** and bear the docket number **3-02-cv-597 (WWE).** Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 12th of March, 2004.

                                              /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Judge