FILED

2004 MAR 22 P 12: 27

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WIESLAW ROG AND WANDA ROG   : CIVIL ACTION NO: 3:02CV597(WWE)
   Plaintiffs

VS.                          :

CITY OF HARTFORD; ET AL
   Defendants              :        March 19, 2004

## PLAINTIFF'S AMENDED LIST OF EXHIBITS

1. Dr. Scott Bernstein's report dated 3-27-01
2. Dr. Donald Kelly's reports dated 03/28/01
3. Dr. Donald Kelly's reports dated 04/09/01
4. Dr. Donald Kelly's reports dated 04/25/01
5. Dr. Donald Kelly's reports dated 05/09/01
6. Dr. Donald Kelly's reports dated 05/30/01
7. Dr. Donald Kelly's reports dated 07/11/01
8. Dr. Donald Kelly's reports dated 04/30/02
9. Dr. Donald Kelly's reports dated 02/12/03
10. Michael Zanker's report dated 3-23-01
11. Leonard J. Burgmyer's report dated 3-23-01
12. Farmington Valley Physical Therapy Reports and Bills
13. Dr. Zbigniew A. Woznica Reports and Bills
14. Hartford Hospital ER Report and Bill for Mr. Wieslaw Rog
15. Hartford Hospital ER Report and Bill for Mr. Wanda Rog
16. Mr. Wieslaw Rog's lost wages information
17. Color copies of photographs of Mr. Wieslaw Rog's injuries
18. Color copies of photographs of Ms. Wanda Rog's injuries

1

                                         THE PLAINTIFFS,
                                         WIESLAW and WANDA ROG

                            By: _____
                                         Gregory Osakwe, Esq.
                                         Law Offices of Kevin C. Ferry
                                         286 Farmington Avenue
                                         Hartford, CT 06105
                                         (860) 247-7242
                                         Federal Bar Number CT 24890


### CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing has been mailed, postage prepaid 19th day of March 200 to the following:

William J. Melley III
Law Offices of William J. Melley III
250 Hudson Street
Hartford, CT  06106

                                 _____
                                         Gregory Osakwe

2