FILED

2004 MAR 15 P 1:10

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG and WANDA ROG<br>Plaintiffs | : CIVIL ACTION NO.:<br>: 3:02cv597(WWE) |
| VS. | : |
| CITY OF HARTFORD, IN OFFICIAL<br>CAPACITY OFFICER SHAWN ST. JOHN,<br>#D30, IN INDIVIDUAL CAPACITY OFFICER<br>SHAWN ST. JOHN #D30, IN OFFICIAL CAPACITY<br>OFFICER JOHNSON #D76, IN INDIVIDUAL<br>CAPACITY OFFICER JOHNSON #D76, IN<br>OFFICIAL CAPACITY OFFICER<br>WASHINGTON #B95, IN INDIVIDUAL<br>CAPACITY OFFICER WASHINGTON #B95, IN<br>OFFICIAL CAPACITY CHIEF BRUCE<br>MARQUIS, IN INDIVIDUAL CAPACITY<br>CHIEF BRUCE MARQUIS<br>Defendants | : March 12, 2004 |

### MOTION TO AMEND ANSWER

Pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 7(a), the defendants move the court to amend his answer by adding the proposed special defense attached hereto.

In support of the motion, the court is respectfully referred to the attached Memorandum.

Motion DENIED. 4/6/04

WARREN W. EGINTON, Senior U.S. District Judge

FILED
2004 APR -6 A 9:59
U.S. DISTRICT COURT
BRIDGEPORT, CONN