UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WIESLAW ROG AND WANDA ROG<br>Plaintiffs | : | CIVIL ACTION NO: 3:02CV597(WWE) |
| VS. | : | |
| CITY OF HARTFORD; OFFICER SHAWN ST. JOHN # D30 INDIVIDUALLY AS WELL AS OFFICIAL CAPACITY; OFFICER JOHNSON #D76 INDIVIDUALLY AS WELL AS OFFICIAL CAPACITY; OFFICER WASHINGTON #B95 INDIVIDUALLY AS WELL AS OFFICIAL CAPACITY; CHIEF BRUCE MARQUIS INDIVIDUALLY AS WELL AS OFFICIAL CAPACITY<br>Defendants | : | APRIL 5 2004 |

### MOTION IN LIMINE

The Plaintiffs respectfully moves the Court to preclude the Defendants from introducing into evidence, any evidence of the criminal charges filed against the plaintiffs and also any evidence that the plaintiffs used the Accelerated Rehabilitation Program.

                                                THE PLAINTIFFS,
                                                WIESLAW ROG and WANDA ROG

                          By: _____
                                        Gregory Osakwe, Esq.
                                        Their Attorney

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing has been mailed, postage prepaid 5th day of April 2004 to the following:

William J. Melley III
Law Offices of William J. Melley
250 Hudson Street
Hartford, CT 06106

_____
Gregory Osakwe