UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG AND WANDA ROG<br>    Plaintiffs | : CIVIL ACTION NO: 3:02CV597(WWE) |
| VS. | : |
| CITY OF HARTFORD; ET AL<br>    Defendants | : April 12, 2004 |

### PLAINTIFFS' WITNESS LIST

The plaintiffs hereby submit their list of witnesses to be called at the time of trial:

1. Wieslaw Rog
2. Wanda Rog
3. Officer Tishay Johnson #D76
4. Officer Shawn St. John # D30

 

                                            THE PLAINTIFFS,
                                            WIESLAW and WANDA ROG

By: _____
                                            Gregory Osakwe, Esq.
                                            Law Offices of Kevin C. Ferry
                                            286 Farmington Avenue
                                            Hartford, CT 06105
                                            (860) 247-7242
                                            Federal Bar Number CT 24890

1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was hand delivered this date to:

William J. Melley III
Law Offices of William J. Melley III
250 Hudson Street
Hartford, CT  06106

_____
Gregory Osakwe