FILED

2004 APR 12 P 12: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG AND WANDA ROG<br>Plaintiffs | : CIVIL ACTION NO: 3:02CV597(WWE) |
| VS. | : |
| CITY OF HARTFORD; ET AL<br>Defendants | : April 12, 2004 |

## PLAINTIFFS' LIST OF EXHIBITS

The plaintiffs hereby submit the following exhibits at the time of trial:

1. Dr. Scott Bernstein's report dated 3-27-01
2. Dr. Donald Kelly's reports dated 03/28/01
3. Dr. Donald Kelly's reports dated 04/09/01
4. Dr. Donald Kelly's reports dated 04/25/01
5. Dr. Donald Kelly's reports dated 05/09/01
6. Dr. Donald Kelly's reports dated 05/30/01
7. Dr. Donald Kelly's reports dated 07/11/01
8. Dr. Donald Kelly's reports dated 04/30/02
9. Dr. Donald Kelly's reports dated 02/12/03
10. Michael Zanker's report dated 3-23-01
11. Leonard J. Burgmyer's report dated 3-23-01
12. Farmington Valley Physical Therapy Reports and Bills
13. Dr. Zbigniew A. Woznica Reports and Bills
14. Hartford Hospital ER Report and Bill for Mr. Wieslaw Rog
15. Hartford Hospital ER Report and Bill for Mr. Wanda Rog
16. Mr. Wieslaw Rog's lost wages information
17. Color copies of photographs of Mr. Wieslaw Rog's injuries
18. Color copies of photographs of Ms. Wanda Rog's injuries

1

THE PLAINTIFFS,
WIESLAW and WANDA ROG

By: _____
Gregory Osakwe, Esq.
Law Offices of Kevin C. Ferry
286 Farmington Avenue
Hartford, CT 06105
(860) 247-7242
Federal Bar Number CT 24890

### CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was hand delivered this date to:

William J. Melley III
Law Offices of William J. Melley III
250 Hudson Street
Hartford, CT 06106

_____
Gregory Osakwe

2