FILED

2004 APR 12 P 12: 45

UNITED STATES DISTRICT COURT U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT   BRIDGEPORT, CONN

| | |
|---|---|
| WIESLAW ROG and WANDA ROG<br>　　Plaintiffs | : CIVIL ACTION NO.:<br>　 3:02cv597(WWE) |
| VS. | : |
| CITY OF HARTFORD, IN OFFICIAL<br>CAPACITY OFFICER SHAWN ST. JOHN,<br>#D30, IN INDIVIDUAL CAPACITY OFFICER<br>SHAWN ST. JOHN #D30, IN OFFICIAL CAPACITY<br>OFFICER JOHNSON #D76, IN INDIVIDUAL<br>CAPACITY OFFICER JOHNSON #D76, IN<br>OFFICIAL CAPACITY OFFICER<br>WASHINGTON #B95, IN INDIVIDUAL<br>CAPACITY OFFICER WASHINGTON #B95, IN<br>OFFICIAL CAPACITY CHIEF BRUCE<br>MARQUIS, IN INDIVIDUAL CAPACITY<br>CHIEF BRUCE MARQUIS<br>　　Defendants | : April 12, 2004 |

### DEFENDANTS' WITNESS LIST

The defendants hereby submit their list of witnesses to be called at the time of trial:

1. Jerzy Kusad, possible witness

2. Detective Marcel Washington, possible witness

3. Officer Shawn St. John

4. Detective Tishay Johnson

DEFENDANTS,

_____
William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933; fax: (860) 247-9944
Federal Bar No. CT 06355

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand delivered this date to:

Kevin Ferry, Esquire
Gregory Osakwe, Esquire
286 Farmington Avenue
Hartford, CT 06105

_____
William J. Melley III