FILED

2004 APR 12  P 12: 45

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT BRIDGEPORT. CONN

| | |
|---|---|
| WIESLAW ROG and WANDA ROG<br>        Plaintiffs | : CIVIL ACTION NO.:<br>  3:02cv597(WWE) |
| VS. | : |
| CITY OF HARTFORD, IN OFFICIAL<br>CAPACITY OFFICER SHAWN ST. JOHN,<br>#D30, IN INDIVIDUAL CAPACITY OFFICER<br>SHAWN ST. JOHN #D30, IN OFFICIAL CAPACITY<br>OFFICER JOHNSON #D76, IN INDIVIDUAL<br>CAPACITY OFFICER JOHNSON #D76, IN<br>OFFICIAL CAPACITY OFFICER<br>WASHINGTON #B95, IN INDIVIDUAL<br>CAPACITY OFFICER WASHINGTON #B95, IN<br>OFFICIAL CAPACITY CHIEF BRUCE<br>MARQUIS, IN INDIVIDUAL CAPACITY<br>CHIEF BRUCE MARQUIS<br>        Defendants | : April 12, 2004 |

## SUPPLEMENTAL REQUEST TO CHARGE

As a follow up to the pretrial status conference, the defendants request the

court take note of Connecticut General Statutes §53a-23 and charge accordingly.

§53a-23. Use of Physical Force to Resist Arrest Not Justified.

A person is not justified in using physical force to resist an arrest by a
reasonably identifiable peace officer, whether such arrest is legal or
illegal.

DEFENDANTS,

William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933; fax: (860) 247-9944
Federal Bar No. CT 06355

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this date to:

Kevin Ferry, Esquire
Gregory Osakwe, Esquire
286 Farmington Avenue
Hartford, CT 06105

William J. Melley III