FILED

2004 APR 14 P 12: 10

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WIESLAW ROG AND WANDA ROG     : CIVIL ACTION NO: 3:02CV597(WWE)
    Plaintiffs

VS.                            :

CITY OF HARTFORD; ET AL
    Defendants              :     April 13, 2004

## PLAINTIFFS' AMENDED LIST OF EXHIBITS

The plaintiffs hereby submit the following exhibits at the time of trial:

1. Dr. Scott Bernstein's report dated 3-27-01
2. Dr. Donald Kelly's reports dated 03/28/01
3. Dr. Donald Kelly's reports dated 04/09/01
4. Dr. Donald Kelly's reports dated 04/25/01
5. Dr. Donald Kelly's reports dated 05/09/01
6. Dr. Donald Kelly's reports dated 05/30/01
7. Dr. Donald Kelly's reports dated 07/11/01
8. Dr. Donald Kelly's reports dated 04/30/02
9. Dr. Donald Kelly's reports dated 02/12/03
10. Farmington Valley Physical Therapy Reports and Bills
11. Dr. Zbigniew A. Woznica Reports and Bills
12. Hartford Hospital ER Report and Bill for Mr. Wieslaw Rog
13. Hartford Hospital ER Report and Bill for Mr. Wanda Rog
14. Mr. Wieslaw Rog's lost wages information
15. Color copies of photographs of Mr. Wieslaw Rog's injuries
16. Color copies of photographs of Ms. Wanda Rog's injuries

1

THE PLAINTIFFS,
WIESLAW and WANDA ROG

By: *[signature]*
Gregory Osakwe, Esq.
Law Offices of Kevin C. Ferry
286 Farmington Avenue
Hartford, CT 06105
(860) 247-7242
Federal Bar Number CT 24890

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing has been mailed, postage prepaid 13th day of April 200 to the following:

William J. Melley III
Law Offices of William J. Melley III
250 Hudson Street
Hartford, CT 06106

*[signature]*
Gregory Osakwe

2