

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG AND WANDA ROG<br>Plaintiffs | : CIVIL ACTION NO: 3:02CV597(WWE) |
| VS. | : |
| CITY OF HARTFORD; OFFICER SHAWN<br>ST. JOHN # D30 INDIVIDUALLY AS<br>WELL AS OFFICIAL CAPACITY; OFFICER<br>JOHNSON #D76 INDIVIDUALLY AS WELL<br>AS OFFICIAL CAPACITY; OFFICER<br>WASHINGTON #B95 INDIVIDUALLY<br>AS WELL AS OFFICIAL CAPACITY;<br>CHIEF BRUCE MARQUIS INDIVIDUALLY<br>AS WELL AS OFFICIAL CAPACITY | |
| Defendants | : APRIL 5 2004 |

## MOTION IN LIMINE

The Plaintiffs respectfully moves the Court to preclude the Defendants from introducing into evidence, any evidence of the criminal charges filed against the plaintiffs and also any evidence that the plaintiffs used the Accelerated Rehabilitation Program.

                                          THE PLAINTIFFS,
                                          WIESLAW ROG and WANDA ROG

                          By: _____
                               Gregory Osakwe, Esq.
                               Their Attorney

*(Left margin annotations: WARREN W. EGINTON, Senior United States District Judge; DENIED AS MOOT. 4/21/04)*

*(Stamps: FILED 2004 APR -1 P 2:22 U.S. DISTRICT COURT BRIDGEPORT, CONN; FILED 2004 APR 21 P 3:55 U.S. DISTRICT COURT BRIDGEPORT, CONN)*