

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG AND WANDA ROG<br>Plaintiffs | : CIVIL ACTION NO: 3: 02CV597(WWE) |
| VS. | : |
| CITY OF HARTFORD; OFFICER SHAWN<br>ST. JOHN # D30 INDIVIDUALLY AS<br>WELL AS OFFICIAL CAPACITY; OFFICER<br>JOHNSON #D76 INDIVIDUALLY AS WELL<br>AS OFFICIAL CAPACITY; OFFICER<br>WASHINGTON #B95 INDIVIDUALLY<br>AS WELL AS OFFICIAL CAPACITY;<br>CHIEF BRUCE MARQUIS INDIVIDUALLY<br>AS WELL AS OFFICIAL CAPACITY | |
| Defendants | : APRIL 5 2004 |

### MOTION IN LIMINE

The Plaintiffs respectfully moves the Court to preclude the Defendants from introducing into evidence, any medical evidence of the Defendant Officer Shawn St. John.

THE PLAINTIFFS,
WIESLAW ROG and WANDA ROG

By: _____
Gregory Osakwe, Esq.
Their Attorney

DENIED AS MOOT. 4/21/04

WARREN W. EGINTON, Senior United States District Judge

FILED 2004 APR 21 P 3:55 U.S. DISTRICT COURT BRIDGEPORT, CONN

FILED 2004 APR -7 P 2:22 U.S. DISTRICT COURT BRIDGEPORT, CONN