CT/cvtrial (October 17, 2001)

HONORABLE: Eginton

DEPUTY CLERK: Salman Gutierrez    RPTR/ERO/TAPE: Baldwin

TOTAL TIME: 6 hours 50 minutes

DATE 4/19/04    START TIME 9:40    END TIME 4:30
LUNCH RECESS FROM 1:00 TO 2:00
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Wieslaw Rog, et al.    CIVIL NO. 3:02CV597(WWE)

vs.

City of Hartford, et al.

Gregory Osakwe — Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

William J. Melley III — Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☑ Jury sworn 4/20/04
☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until 4/20/04 at 10:00
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement

☑ Oral Motion for the matter of Law    ☐ granted ☑ denied ☐ advisement
☐ Oral Motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____    ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____    ☐ granted ☐ denied ☐ advisement

From the City of Hartford - only defendants that are left are - Lft Johnson & St John

☐ filed ☐ docketed (repeated)

☑ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: **WARREN W. EGINTON**  
Event: **3:02CV597(WW**

Date: **4/12/04**  
Time: **3:28 PM**

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100108184 | ANGUS,DAHLIA M | Juror | *signature* |
| 2 | 100090853 | BRAEMER,RICHARD A | Juror | *signature* |
| 3 | 100097239 | BROTHERS,LAURA A | Juror | *Laura Ann Brothers* |
| 4 | 100109087 | GACHI,MATTHEW P | Juror | *signature* |
| 5 | 100119843 | KENSEK,CHESTER D | Juror | *Chester D* |
| 6 | 100121666 | LAURO,WAYNE A | Juror | *Wayne Lauro* |
| 7 | 100087851 | LOCKHART SR.,BENJAMIN F | Juror | *Benjamin F. Lockhart sr* |
| 8 | 100081938 | SHORB,FREDERICK A | Juror | *Frederick C Shorb* |

Page 1 of 1