O2CV00597WWE

CT/cvtrial (October 17, 2001)

TOTAL TIME: _____ hours _____ minutes

DEPUTY CLERK Jaiman   HONORABLE Eginton

Butierrez   RPTR/ERO/TAPE Baldwin

DATE 4-20-04   Charge Conf 9:00   START TIME 10:00   END TIME 3:20

RECESS FROM _____ TO _____   LUNCH RECESS FROM 12:50 TO 1:15 (if more than 1/2 hour)

Ros, et al

vs.

City of Hartford

CIVIL NO. 3:02cv597(WWE)

§
§
§
§
§

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Gregory Osakwe
Plaintiffs' Counsel

William T. Melley
Defendants' Counsel

## CIVIL JURY/COURT TRIAL

☑ ...... Jury of 8 report (see attached) ☐ Jury sworn

☑ ...... ☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _____ at _____

☑ ...... ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____

☐ ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

☐ .... # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... # Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... # Motion _____ ☐ granted ☐ denied ☐ advisement

☑ oralm..... Oral Motion Renewed Motion Rule 50 ☐ granted ☐ denied ☐ advisement

☐ oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☑ ........ ☐ Plaintiff(s) rests ☑ Defense rests

☐ ........ Briefs due: ☐ Pltf _____ Deft _____ Reply _____

☑ ........ ☑ Summation held ☐ Court's Charge to the Jury

☑ ........ All full exhibits, ☑ Verdict Form handed to the jury ☑ Interrogatories to the Jury handed to the jury

☑ ........ Jury commences deliberations at 2:30 – 2:40

☐ ........ Court orders Jury to be fed at Govt. expense (see attached bill)

☑ ........ SEE ☑ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

**VERDICT**

☐ . . . . . . . . .    Court declares MISTRIAL

☑ jyv . . . . . . . .    Verdict Form filed

☑ . . . . . . . .    VERDICT: *in favor of Defendants*

_____

_____

_____

_____

_____

☑ . . . . . . . .    Court accepts verdict and orders verdict verified and recorded

☑ . . . . . . . .    Jury polled

## MISCELLANEOUS PROCEEDINGS

**Jury List**

Date _____ 4 3c - c4

Judge: **WARREN W. EGINTON**

Event: **3:02CV597(WW**

Date: **4/12/04**
Time: **3:28 PM**

| Seat# | Part No. | Name | Type |
|-------|----------|------|------|
| 1 | 100108184 | ANGUS,DAHLIA M | Juror |
| 2 | 100090853 | BRAEMER,RICHARD A | Juror |
| 3 | 100097239 | BROTHERS,LAURA A | Juror |
| 4 | 100109087 | GACHI,MATTHEW P | Juror |
| 5 | 100119843 | KENSEK,CHESTER D | Juror |
| 6 | 100121666 | LAURO,WAYNE A | Juror |
| 7 | 100087851 | LOCKHART   SR.,BENJAMIN F | Juror |
| 8 | 100081938 | SHORB,FREDERICK A | Juror |