# FILED

2004 APR 20 P 3: 54

U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
BRIDGEPORT, CONN.

DISTRICT OF CONNECTICUT

WIESLAW ROG AND WANDA ROG : CIVIL ACTION NO: 3:02CV597(WWE)
    Plaintiffs

VS. :

CITY OF HARTFORD; ET AL
    Defendants : April 12, 2004

## PLAINTIFFS' WITNESS LIST

The plaintiffs hereby submit their list of witnesses to be called at the time of trial:

1. Wieslaw Rog
2. Wanda Rog
3. Officer Tishay Johnson #D76
4. Officer Shawn St. John # D30

          THE PLAINTIFFS,
          WIESLAW and WANDA ROG

By: _____
Gregory Osakwe, Esq.
Law Offices of Kevin C. Ferry
286 Farmington Avenue
Hartford, CT 06105
(860) 247-7242
Federal Bar Number CT 24890

1

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was hand delivered this date to:

William J. Melley III
Law Offices of William J. Melley III
250 Hudson Street
Hartford, CT 06106

_____
Gregory Osakwe