**FILED**
2004 APR 20 P 3: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**FILED**
2004 APR 14 P 12: 10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

02CV597 AMD EXH

| | | |
|---|---|---|
| WIESLAW ROG AND WANDA ROG<br>Plaintiffs | : | CIVIL ACTION NO: 3:02CV597(WWE) |
| VS. | : | |
| CITY OF HARTFORD; ET AL<br>Defendants | : | April 13, 2004 |

### PLAINTIFFS' AMENDED LIST OF EXHIBITS

The plaintiffs hereby submit the following exhibits at the time of trial:

Full - 1. Dr. Scott Bernstein's report dated 3-27-01 - 4/19/04 ⎫
Full - 2. Dr. Donald Kelly's reports dated 03/28/01  4/19/04  ⎪
Full - 3. Dr. Donald Kelly's reports dated 04/09/01  4/19/04  ⎪
Full - 4. Dr. Donald Kelly's reports dated 04/25/01  4/19/04  ⎬ Wieslaw Rog
Full - 5. Dr. Donald Kelly's reports dated 05/09/01  4/19/04  ⎪
Full - 6. Dr. Donald Kelly's reports dated 05/30/01  4/19/04  ⎪
Full - 7. Dr. Donald Kelly's reports dated 07/11/01  4/19/04  ⎪
Full - 8. Dr. Donald Kelly's reports dated 04/30/02  4/19/04  ⎪
Full - 9. Dr. Donald Kelly's reports dated 02/12/03  4/19/04  ⎭
Full - 10. Farmington Valley Physical Therapy Reports and Bills  4/19/04 - Wanda Rog
Full - 11. Dr. Zbigniew A. Woznica Reports and Bills  4/19/04 - Wanda Rog
Full - 12. Hartford Hospital ER Report and Bill for Mr. Wieslaw Rog - 4/19/04 - Wieslaw Rog
Full - 13. Hartford Hospital ER Report and Bill for Mr. Wanda Rog  4/19/04 - Wanda Rog
Full - 14. Mr. Wieslaw Rog's lost wages information - 4/19/04  Wieslaw Rog
Full - 15. Color copies of photographs of Mr. Wieslaw Rog's injuries  4/19/04  Wieslaw Rog
Full - 16. Color copies of photographs of Ms. Wanda Rog's injuries  4/19/04 - Wanda Rog
Full - 17. Photo of Duplex house ~ 4/19/04 - Wanda Rog -
Full - 18. First Special Defense - 4/20/04 - Johnson Full -
Full - 19 Second Special Defense  4/20/04 - Johnson - Full

1

THE PLAINTIFFS,
WIESLAW and WANDA ROG

By: _____
Gregory Osakwe, Esq.
Law Offices of Kevin C. Ferry
286 Farmington Avenue
Hartford, CT 06105
(860) 247-7242
Federal Bar Number CT 24890

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing has been mailed, postage prepaid 13th day of April 200 to the following:

William J. Melley III
Law Offices of William J. Melley III
250 Hudson Street
Hartford, CT  06106

_____
Gregory Osakwe

2