FILED

2004 APR 20 P 3: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG and WANDA ROG<br>    Plaintiffs | : CIVIL ACTION NO.:<br>  3:02cv597(WWE) |
| VS. | : |
| CITY OF HARTFORD, IN OFFICIAL CAPACITY OFFICER SHAWN ST. JOHN, #D30, IN INDIVIDUAL CAPACITY OFFICER SHAWN ST. JOHN #D30, IN OFFICIAL CAPACITY OFFICER JOHNSON #D76, IN INDIVIDUAL CAPACITY OFFICER JOHNSON #D76, IN OFFICIAL CAPACITY OFFICER WASHINGTON #B95, IN INDIVIDUAL CAPACITY OFFICER WASHINGTON #B95, IN OFFICIAL CAPACITY CHIEF BRUCE MARQUIS, IN INDIVIDUAL CAPACITY CHIEF BRUCE MARQUIS<br>    Defendants | : April 12, 2004 |

### DEFENDANTS' EXHIBIT LIST

The defendants hereby submit the following exhibits at the time of trial:

4-19-04   501.   Police Report.

4-19-04   502.   Hartford Police Department Form #60 completed by Shawn St. John.

4/20/04   503.   Hartford Police Department Form #60 completed by Tishay Johnson. — Full

4/20/04   504.   Medical Record as to Shawn St. John — Full

4/20/04   505.   Statement Re: plaintiff Wanda Rog — Full.

*Full 4-19-04* 504.   HARTBEAT – Dispatch Summary Record.
*JO 4-19-04* 505   Hartford Police Department Incident Report

DEFENDANTS,

_____
William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933; fax: (860) 247-9944
Federal Bar No. CT 06355

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand delivered this date to:

Kevin Ferry, Esquire
Gregory Osakwe, Esquire
286 Farmington Avenue
Hartford, CT 06105

_____
William J. Melley III

# PROSECUTOR REPORT

[ ] FAMILY VIOLENCE  [ ] JUVENILE REFERRAL

**INCIDENT REPORT**

| | | | |
|---|---|---|---|
| SIGNAL | 03 | DATE OF INCIDENT | 03-23-01 |
| NUMBER | 01 | TIME REPORTED | 0017 |
| DATE AND TIME OF RECOVERY | | DATE REPORTED | 03-23-01 |

STATUS CODE: A - ACCUSED  C - COMPLAINANT  J - JUVENILE  S - SUSPECT  M - MISSING  V - VICTIM  W - WITNESS
P - PEDESTRIAN  K - OWNER OF M/V  N - PASSENGER IN M/V  T - TICKETED  O - OPERATOR M/V

LOCATION OF INCIDENT: 34 Annawan St.
UNIT: 10
TYPE OF INCIDENT: 

| STATUS | # | TIME OF ARREST | LAST NAME | FIRST NAME | M.I. | SEX | RACE | DATE OF BIRTH | AGE | ADDRESS | TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0017 | Kusad | Jerzy | | M | W | 12/14/53 | 49 | 34 Annawan St. | 246-7997 |
| | | | Rog | Wanda | | F | W | 5/15/29 | 72 | 34-36 Annawan St. | |
| | | | Rog | Wieslaw | | M | W | 4/13/65 | 37 | 34-36 Annawan St. | |

| # | LOCATION OF ARREST | STATUTE | CHARGE | STATUTE | CHARGE 2 | STATUTE | CHARGE 3 |
|---|---|---|---|---|---|---|---|
| 1 | 14-167A | 53a-181 | Breach of Peace | 53a-167C | Assault on police | | |
| 2 | 14-167A | 53a-181 | Breach of Peace | | | | |

CONTRIBUTING FACTORS: 0 - NOT APPLICABLE  1 - ALCOHOL  2 - DRUGS  3 - MENTAL PROBLEM  4 - FAMILY VIOLENCE

RESIDENT SINGLE / RESIDENT MULTI / NON RESIDENT / CITY PROPERTY / ABANDONED BLDG / STREET / ALLEY OR LOT

WEATHER: CLEAR / DRY / RAIN / SNOW / ICE / FOG

SOLVABILITY FACTORS: YES / NO / UNK

INCIDENT DETAILS: On 3-23-01 at 0017 hours the undersigned officer was dispatched to 34 Annawan St. on a report of a landlord/tenant dispute. Upon arrival the undersigned officer spoke with complainant Kusad who stated that the landlord locked the gate to his driveway. The complainant states that this gate has been locked for several days and that he must park in the street instead of using the driveway. The complainant is afraid that his vehicle may be either stolen or damaged if he is unable to use his driveway. The undersigned proceeded to 36 Annawan St. to speak with the landlord to see if they would unlock the gate and allow the complainant access to the driveway.

The undersigned officer spoke with the landlord later identified as accused Rog, Wieslaw who stated that the complainant is not paying his rent and that is the reason he locked the gate. The undersigned attempted to explain to the landlord that even if the tenant is not paying the rent it doesn't give him the right to lock the gate. The undersigned explained to the landlord that he should go to housing court on the following morning and start an eviction process. The landlord was instructed that Ct laws forbid the landlord from locking the tenant out of the residence for not paying rent and that the only option he was afforded to him was to start the eviction. The undersigned asked the landlord and his mother remove the lock off the gate so that the tenant could park his vehicle in the driveway. At this time the landlord and his mother began to yell at the undersigned officer stating that they refused to remove the lock because the tenant refused to pay the rent.

PROPERTY CODE: A - ABANDONED  E - EVIDENCE  F - FOUND  L - LOST  R - RECOVERED  S - STOLEN  T - TOWED  V - VEHICLE  O - OTHER  D - DAMAGED  W - SUSPECT VEHICLE

TYPE OF WEAPON-TOOLS: mouth

| INVESTIGATING OFFICER | Ofc. St. John | CODE | Patrol |
| ASSISTING OFFICER | | CODE | D30 |
| SUPERVISOR | | | |

AFFIDAVIT STATEMENT: Subscribed and sworn to before me this day (date) 3/23/01

DISTRIBUTION:
[ ] A PROPERTY  [ ] 09 CRIME SUPPRESSION  [ ] 14 TRAFFIC
[ ] A PERSONS  [ ] 10 DOG WARDEN  [ ] 16 INTELLIGENCE
[ ] VICE & NARCOTICS  [ ] 11 YOUTH SERVICES  [ ] 20 OTHER

PAGE 1 OF 3 PAGES

FM # 76 REV. 1/96

CASE # 01-14147
UCG CODE: 0605
STATUS: 2
RELATED CASE 1: 1601
RELATED CASE 2:

EXHIBIT 501

# PROSECUTOR REPORT / SUPPLEMENT / JUVENILE REFERRAL

CASE # 01-14747

[Form fields for DATE OF INCIDENT, TIME OF INCIDENT, DATE REPORTED, TIME REPORTED, LOCATION OF INCIDENT, NUMBER, STREET NAME, APT., FLOOR, RELATED CASE]

STATUS: A - ACCUSED, C - COMPLAINANT, J - JUVENILE, S - SUSPECT, M - MISSING, V - VICTIM, W - WITNESS, I - INTERVIEWED, X - ALIAS, O - OTHER, L - LOCATED, B - BUSINESS, R - REFERRED JUVENILE, P - PEDESTRIAN, K - OWNER of M/V, N - PASSENGER in M/V, T - TICKETED, Z - OPERATOR M/V

CHARGE 1 / CHARGE 2 / STATUTE / CHARGE 3 / STATUTE

ARREST: LAST NAME, FIRST NAME, M.I., SEX / RACE, DATE OF BIRTH, AGE, ADDRESS, TELEPHONE

SUSPECT: SEX, RACE, AGE, HEIGHT, WEIGHT, HAIR COLOR, HAIR TYPE, COMPLEXION, DESCRIPTION / COMMENTS / DISTINCTIVE FEATURES

PROPERTY CODE: A - ABANDONED, E - EVIDENCE, F - FOUND, L - LOST ITEM, R - RECOVERED, S - STOLEN, T - TOWED, V - VEHICLE, O - OTHER, D - DAMAGED

QTY / YEAR / BRAND-MODEL / STATE / REGISTRATION / SUSPECT VEHICLE / COLOR / SERIAL OR VIN / CHARACTERISTICS / CONDITION / $ / FORM #JD-CR-18 COMPLETED / EST. VALUE / CLASS

## NARRATIVE

The undersigned explained once again to the landlord that the understands that the tenants is not paying the rent but he is not allowed to lock the gate because of this. The undersigned instructed for the landlord to staff the eviction process on the tenants as soon as possible if he wants them to leave. The undersigned asked the landlord to remove the lock or that the fire department would be called to cut the lock off the gate.

At this time the landlord became very belligerent swearing at the officer stating that he refused to remove the lock and that he was. calling the departments command staff over the officers actions. The landlord began to yell uncontrollably as he swore at the undersigned to leave his property and that he refused to remove the lock. The undersigned attempted to calm down the landlord at which time he pushed the undersigned away from him stating that he was going to call the command staff. The undersigned instructed the landlord that he was under arrest for breach of peace, the undersigned attempted to grab the accused and affect an arrest. As the undersigned grabbed the landlord the landlord's mother jumped on the undersigned's back stating "don't touch my son let him go". The undersigned pushed the mother off and radioed for additional units, at this point the landlord attempted to break away from the undersigned and enter the home. The undersigned was able to pull the accused off of the porch and began to walk him to my cruiser, all the while continuing to struggle in an attempt to free himself. As the undersigned neared the end of the yard the accused reached out and grabbed a iron fence and refused to release his hold. The undersigned attempted to pull the accused off of the fence but was unable to make the accused release his grip. During the struggle the accused from the fence the accused bite the undersigned on the left ring finger and refused to let go. The undersigned was unable to pull the finger out of the accused as he bit down on the undersigned finger. The undersigned struck the accused once in the side of the face with a closed fist at which time the accused released his hold of the undersigned finger. At this time Ofc. Johnson and Ofc. Washington arrived on-scene to assist the undersigned officer. The accused was still holding onto the fence with both hands stating that he was not going to jail Ofc. Johnson gave the accused one strike with his department issued baton across the hands in order for the accused

PAGE 2 OF 2 PAGES

INVESTIGATING OFFICER [signature] CODE
ASSISTING OFFICER CODE D36
AFFIDAVIT STATEMENT: Subscribed and sworn to before me this day (date) 3/23/01
SUPERVISOR [signature] CODE

HRT DISTRIBUTION:
- 06. C.A. PROPERTY
- 07. C.A. PERSONS
- 08. VICE & NARCOTICS
- 09. CRIME SUPPRESSION
- 10. DOG WARDEN
- 11. YOUTH SERVICES
- 14. TRAFFIC
- 15. EVIDENTIARY SER
- 16. INTELLIGENCE
- 19. TELE-SERVE/REC.
- 20. ALL OTHERS

MICROFILM #

RM 177 REV. 1/96

RECORDS

# HARTFORD POLICE DEPARTMENT
## SUPPLEMENT

CASE # 01-14747

) break his hold. As Ofc. Johnson struck the accused the undersigned pulled the accused breaking the accused hold off the fence. The accused let go of the fence he fell to the ground striking his head on the fence. The accused continued to struggle with the officers on the ground as the officers attempted to handcuff the accused. The accused was finally handcuffed and placed in the rear of unit 11, the accused was charged with breach of peace, assault on police and interfering with police. The accused was transported to Hartford Hospital for his injuries. The Mother, accused Rog, Wanda was also charged with interfering with police and breach of peace not transported to booking by unit 8.

The undersigned was treated at Hartford Hospital for the injuries received to the left and right hands. The undersigned was able to continue his shift with minor discomfort to his hands.

Investigating Officer: Ofc. St. John  Code D30 Patrol

Affidavit statement subscribed and sworn 3/23/01

EXHIBIT 502

USE OF NON-LETHAL FORCE REPORT:

CASE NUMBER: 01-4747   INCIDENT DATE/TIME: 3-23-01   0017

INCIDENT LOCATION: 34 Annawan St.

NAME OF INJURED: Wieslaw Rog

ADDRESS OF INJURED: 34 Annawan St.   D.O.B. 4-13-65

TYPE OF INJURY SUSTAINED: Bruising to hand and face, broken hand

MEDICAL FACILITY TO WHICH INJURED WAS TAKEN: 80 Seymour St. Hartford Hospital

NAME OF ATTENDING MEDICAL PERSONNEL: Leonard Burgoyne

TREATMENT OR PROGNOSIS: Three stitches to the left hand, four stitches to ear

SUMMARY OF EVENTS SURROUNDING THE USE OF FORCE: While attempting to resolve an landlord tenant dispute at 34-36 Annawan St. the undersigned got into a physical altercation with the accused Rog. Accused Rog became hostile when asked to remove a lock placed on a gate of the tenants. The accused pushed the undersigned when the undersigned attempted to arrest the accused for breach of peace. The accused continued to struggle with the undersigned as his mother jumped on the undersigned back. The undersigned and the accused continued to struggle as the accused grabbed onto a iron fence and refused to let go. The accused bit the undersigned's finger as he struggled with the undersigned and refused to let go. The undersigned was unable to pull his finger out of the accused mouth and struck the accused with a closed fist on the side of the head to free the undersigned finger.

NAME OF SUPERVISOR NOTIFIED SGT. Buyak

TIME OF NOTIFICATION 0017

SIGNATURE _____ St John   DATE 3-23-01

HPD FORM #60

USE OF NON-LETHAL FORCE REPORT:

SUPERVISORY REVIEW

COMMENTS: _____

FINDINGS: Based on summary of events, officer utilized reasonable force to prevent additional injury to self. Actions were within Department policy concerning use of non-lethal force.

RECOMMENDATIONS: Based upon the facts & circumstances the use of force was in compliance with Policy & Procedure concerning the use of force. I concur with the Sergeant's findings.

ACTION TAKEN: _____

DATE:          ENDORSEMENT(S):              COMMENTS:
3/23/01        _____ Sgt.         _____
3/26/2001      _____ Lieutenant   JsnFuo
3/30/01        _____ Patrol Commander   Justified use of force
4/5/01         _____ Assistant Chief

EXHIBIT 503

## USE OF NON-LETHAL FORCE REPORT:

CASE NUMBER: 01-14747   INCIDENT DATE/TIME: 3/23/01 0017

INCIDENT LOCATION: 34 Annawan St

NAME OF INJURED: Wieslaw Rog

ADDRESS OF INJURED: 34 Annawan St    D.O.B. 4/13/65

TYPE OF INJURY SUSTAINED: Bruising and cut to the left hand

MEDICAL FACILITY TO WHICH INJURED WAS TAKEN: 80 Seymour HTFD Hospital

NAME OF ATTENDING MEDICAL PERSONNEL: Leonard Burgmyer

TREATMENT OR PROGNOSIS: Three stitches to the left hand and released.

SUMMARY OF EVENTS SURROUNDING THE USE OF FORCE: on the above date and time officer St. John was dispatched to the above address on a landlord tenant complaint. After some time goes by officer St. John Requested another unit to help with his situation. At this time I respond and upon arrival I notice officer St. John wrestling with the above accused. The accused at this time got up from the ground and grabbed on to fence in the front of his house. Officer St. John yelled out that he was biting him and at this time I took out my police issue baton and struck the accused one time to the left hand which made him let go of the fence. At this time officer St. John was pulling the accused legs and when the accused let go of the fence he then hit the Right side of his face on the fence on the way to the ground. Accused was then Handcuffed without further incident.

NAME OF SUPERVISOR NOTIFIED: Sgt Buyak

TIME OF NOTIFICATION: 0017

SIGNATURE: T. Johnson    DATE: 3/23/01

HPD FORM #61
PAGE 1

# USE OF NON-LETHAL FORCE REPORT:
## SUPERVISORY REVIEW

**COMMENTS:** _____

_____

_____

_____

_____

_____

**FINDINGS:** Based on summary of events, Officer utilized reasonable force to prevent injury to Off. St.John. Actions were within Department Policy concerning use of Non-Lethal force.

_____

_____

_____

**RECOMMENDATIONS:** Based upon the facts & circumstances of the situation the use of force was reasonable & within policy & procedure. I concur with the Sergeants findings.

_____

_____

_____

_____

**ACTION TAKEN:** _____

_____

_____

_____

_____

| DATE: | ENDORSEMENT(S): | COMMENTS: |
|---|---|---|
| 3/23/01 | [signed] G. Burgh B20  SERGEANT | |
| 3/26/01 | [signed] Lt. Witkowaron 2438-1 | Justified |
| 3/30/01 | [signed] Capt. M. Paul  PATROL COMMANDER | Justified use of force |
| 4/15/01 | [signed]  ASSISTANT CHIEF | |

HPD FORM 1

TOTAL P.05

# H A R T B E A T - Dispatch Summary Record

Date: 03/22/2001  Event Type: 1051-71   Priority: C   Code: 1   Method: CITIZEN
Location:    34 ANNAWAN ST                                1    Alarm Box: 54
A.K.A.:                                          Disposition: FORCED OFFLINE
                                  Case #  01-014747    Final Event Type: 1051-71

| Time | Unit | Action |
|------|------|--------|
| 2315 |      | CALL BROWSED |
| 2325 | 24   | RECOMMEND UNIT |
| 0017 |      | CALL BROWSED |
| 0017 | 24   | RECOMMEND UNIT |
| 0017 | 10   | ENROUTE, Off(s): STJOHN,SHAWN |
| 0029 | 10   | ARRIVED |

Names: JORGE

Phone:     2504366 Ext

Notifications:
Comments: THE LANDLORD PUT A CHAIN FENCE BLOCKING THE DRIVEWAY SO NOBODY
          COULD GET OUT
Time:

Received By: CASHMAN,THOMAS        RTO03     Dispatcher: ALEXANDER,LUCINDA
Cmd14:Selection Menu                         Cmd10:Receive/Dispatch Time Activity

# H A R T B E A T - Dispatch Summary Record

Date: 03/22/2001  Event Type: 1051-71    Priority: C   Code: 1   Method: CITIZEN
Location:   34  ANNAWAN ST                                1     Alarm Box: 54
A.K.A.:                                          Disposition: FORCED OFFLINE
                            Case #   01-014747       Final Event Type: 1051-71

```
Time Unit  Action
0034   10  ADDITIONAL ASSIGNMENT
0034   24  RECOMMEND UNIT
0034    8  ENROUTE, Off(s): JOHNSON,TISHAY
0035   10  ADDITIONAL ASSIGNMENT
0035   12  RECOMMEND UNIT
0035   11  ENROUTE, Off(s): WASHINGTON,MARCEL,D
```

Names: JORGE

Phone:     2504366 Ext

Notifications:                                     Time:
Comments: THE LANDLORD PUT A CHAIN FENCE BLOCKING THE DRIVEWAY SO NOBODY
          COULD GET OUT

Received By: CASHMAN,THOMAS        RTO03       Dispatcher: ALEXANDER,LUCINDA

Cmd14:Selection Menu
                           Cmd10:Receive/Dispatch Time Activity