# FILED  

## 2004 APR 20 P 3: 56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG and WANDA ROG | : CIVIL ACTION NO.: |
| Plaintiffs | 3:02cv597(WWE) |
| | |
| VS. | : |
| | |
| CITY OF HARTFORD, IN OFFICIAL | |
| CAPACITY OFFICER SHAWN ST. JOHN, | |
| #D30, IN INDIVIDUAL CAPACITY OFFICER | |
| SHAWN ST. JOHN #D30, IN OFFICIAL CAPACITY | |
| OFFICER JOHNSON #D76, IN INDIVIDUAL | |
| CAPACITY OFFICER JOHNSON #D76, IN | |
| OFFICIAL CAPACITY OFFICER | |
| WASHINGTON #B95, IN INDIVIDUAL | |
| CAPACITY OFFICER WASHINGTON #B95, IN | |
| OFFICIAL CAPACITY CHIEF BRUCE | |
| MARQUIS, IN INDIVIDUAL CAPACITY | |
| CHIEF BRUCE MARQUIS | : April 12, 2004 |
| Defendants | |

## DEFENDANTS' WITNESS LIST

The defendants hereby submit their list of witnesses to be called at the time of trial:

1.    Jerzy Kusad, possible witness

2.    Detective Marcel Washington, possible witness

to 4-19-04   3.   Officer Shawn St. John     Hartfort CT

4.   Detective Tishay Johnson

DEFENDANTS,

William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933; fax: (860) 247-9944
Federal Bar No. CT 06355

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand delivered this date to:

Kevin Ferry, Esquire
Gregory Osakwe, Esquire
286 Farmington Avenue
Hartford, CT 06105

William J. Melley III