```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

WIESLAW ROG and WANDA ROG,      :    3:02CV597 (WWE)
     Plaintiffs,                :
                                :
v.                              :
                                :
IN OFFICIAL CAPACITY,           :
OFFICER SHAWN ST. JOHN,         :
#D30, IN INDIVIDUAL CAPACITY    :
OFFICER SHAWN ST. JOHN,         :
#D30; IN OFFICIAL CAPACITY      :
OFFICER JOHNSON, #D76,          :
IN INDIVIDUAL CAPACITY          :
OFFICER JOHNSON, #D76,          :
     Defendants                 :
```

[Stamped: United States District Court, District of Connecticut, FILED AT BRIDGEPORT, 4-20-04, Kevin F. Rowe, Clerk, By Deputy Clerk]

**SPECIAL VERDICT FORM**
**Excessive Use of Force Claim**

1. Did defendant St. John use excessive force in restraining or arresting plaintiff Wieslaw Rog?

   YES_____    NO__X__

   If the answer to Question #1 is YES, proceed to Question #2.
   If the answer to Question #1 is NO, proceed to question #3.

2. Was defendant St. John's use of excessive force a proximate cause of the injury to plaintiff Wieslaw Rog?

   YES_____    NO_____

   Proceed to Question #3.

3. Did defendant Johnson use excessive force in restraining or arresting plaintiff Wieslaw Rog?

   YES_____    NO__X__

   If the answer to Question #3 is YES, proceed to Question #4.
   If the answer to Question #3 is NO, proceed to question #5.

4. Was defendant Johnson's use of excessive force a proximate cause of the injury to plaintiff Wieslaw Rog?

   YES_____    NO_____

1

Proceed to Question #5.

5.  Did defendant St. John use excessive force in restraining or arresting plaintiff Wanda Rog?

    YES_____   NO__X__

    If the answer to Question #5 is Yes, proceed to Question #6.
    If the answer to Question #5 is NO, proceed to Question #7.

6.  Was defendant St. John's use of excessive force a proximate cause of the injury to plaintiff Wanda Rog?

    YES_____   NO_____

    Proceed to Question #7.

### Battery Claim

7.  Did defendant St. John commit a battery against plaintiff Wieslaw Rog?

    YES_____   NO__X__

    If the answer to Question #7 is Yes, proceed to Question #8.
    If the answer to Question #7 is NO, proceed to Question #9.

8.  Did the battery by defendant St. John cause injury to plaintiff Wieslaw Rog?

    YES_____   NO_____

    Proceed to Question #9.

9.  Did defendant Johnson commit a battery against plaintiff Wieslaw Rog?

    YES_____   NO__X__

    If the answer to Question #9 is Yes, proceed to Question #10.
    If the answer to Question #9 is NO, proceed to Question #11.

10. Did the battery by defendant Johnson cause injury to plaintiff Wieslaw Rog?

    YES_____   NO_____

Proceed to Question #11.

11. Did defendant St. John commit a battery against plaintiff Wanda Rog?

    YES_____        NO **X**

    If the answer to Question #11 is Yes, proceed to Question #12.
    If the answer to Question #11 is NO, proceed to Question #13.

12. Did the battery by defendant St. John cause injury to plaintiff Wanda Rog?

    YES_____        NO_____

**If you have answered NO to all the questions above, please sign and date the form.**

### DAMAGES

If, and only if, you have found that the one or both of the defendants are liable to one or both of the plaintiffs, then you must find the total amount of damages, if any, which will reasonably and fairly compensate the plaintiffs pursuant to the instructions of law given by the Court.

**Federal Compensatory or Nominal Damages**

13. If you have answered Yes to question #2 against defendant St. John, what amount of damages do you award to plaintiff Wieslaw Rog?

    $_____

14. If you have answered Yes to question #4 against defendant Johnson, what amount of damages do you award to plaintiff Wieslaw Rog?

    $_____

15. If you have answered Yes to question #6 against defendant St. John, what amount of damages do you award to plaintiff Wanda Rog?

    $_____

**Federal Punitive Damages**

16. If you have found that defendant St. John violated plaintiff Wieslaw Rog's federal constitutional rights under § 1983, and you have awarded him compensatory or nominal damages, then do you award Wieslaw Rog punitive damages?

    YES_____        NO_____

17. If you answered YES to Question # 16, what amount of punitive damages do you award to plaintiff Wieslaw Rog?

    $_____

18. If you have found that defendant Johnson violated plaintiff Wieslaw Rog's federal constitutional rights under § 1983, and you have awarded him compensatory or nominal damages, then do you award Wieslaw Rog punitive damages?

    YES_____        NO_____

19. If you answered YES to Question # 18, what amount of punitive damages do you award to plaintiff Wieslaw Rog?

    $_____

20. If you have found that defendant St. John violated plaintiff Wanda Rog's federal constitutional rights under § 1983, and you have awarded her compensatory or nominal damages, then do you award Wanda Rog punitive damages?

    YES_____        NO_____

21. If you answered YES to Question # 20, what amount of punitive damages do you award to plaintiff Wanda Rog?

    $_____

**State Compensatory Damages**

22. If you have answered YES to question #8 against defendant St. John, what amount of damages do you award to plaintiff Wieslaw Rog?

    $ _____

23. If you have answered YES to question #10 against defendant Johnson, what amount of damages do you award to plaintiff Wieslaw Rog?

    $ _____

24. If you have answered YES to question #12 against defendant St. John, what amount of damages do you award to plaintiff Wanda Rog?

    $ _____

Please sign and date the form.

_Matthew P Hachu_ (signature)    April 20, 2004
**Foreperson**                    **Date**