# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Wieslaw Rog + Wanda Rog

v.

City of Hartford

**EXHIBIT AND WITNESS LIST**

Case Number: 3:02cv597(WWE)

FILED 2004 APR 20 P 3:53
U.S. DISTRICT COURT
BRIDGEPORT CONN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Eginton | Gregory Osakwe | William Melley |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | Sandra Baldwin | Jarman / Gutierrez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Exh #1 Note Verdict |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

We have a Verdict.

Matthew P. Gachi
Foreperson



COURT'S
EXHIBIT
1
3:02cv597WWE