*Returned Exhibit*

Wieslaw Rog 4/20/04

FILED
2004 APR 14 P 3:25 BQ

FILED
2004 APR 20 P 3:25 BQ
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

02CV597 AMD EXH

| | |
|---|---|
| WIESLAW ROG AND WANDA ROG<br>Plaintiffs | : CIVIL ACTION NO: 3:02CV597(WWE) |
| VS. | : |
| CITY OF HARTFORD; ET AL<br>Defendants | : April 13, 2004 |

### PLAINTIFFS' AMENDED LIST OF EXHIBITS

The plaintiffs hereby submit the following exhibits at the time of trial:

Full — 1. Dr. Scott Bernstein's report dated 3-27-01 — 4/19/04
Full — 2. Dr. Donald Kelly's reports dated 03/28/01   4/19/04
Full — 3. Dr. Donald Kelly's reports dated 04/09/01   4/19/04
Full — 4. Dr. Donald Kelly's reports dated 04/25/01   4/19/04
Full — 5. Dr. Donald Kelly's reports dated 05/09/01   4/19/04
Full — 6. Dr. Donald Kelly's reports dated 05/30/01   4/19/04
Full — 7. Dr. Donald Kelly's reports dated 07/11/01   4/19/04
Full — 8. Dr. Donald Kelly's reports dated 04/30/02   4/19/04
Full — 9. Dr. Donald Kelly's reports dated 02/12/03   4/19/04
Full — 10. Farmington Valley Physical Therapy Reports and Bills  4/19/04 - Wanda Rog
Full — 11. Dr. Zbigniew A. Woznica Reports and Bills  4/19/04 - Wanda Rog
Full — 12. Hartford Hospital ER Report and Bill for Mr. Wieslaw Rog  4/19/04 - Wieslaw Rog
Full — 13. Hartford Hospital ER Report and Bill for Mr. Wanda Rog  4/19/04
Full — 14. Mr. Wieslaw Rog's lost wages information  4/19/04 Wieslaw Rog
Full — 15. Color copies of photographs of Mr. Wieslaw Rog's injuries  4/19/04 Wieslaw Rog
Full — 16. Color copies of photographs of Ms. Wanda Rog's injuries  4/19/04
Full — 17. Photo of Duplex house  — 4/19/04
Full — 18. First Special Defense — 4/20/04   Full
Full — 19. Second Special Defense  4/20/04   Full

1

THE PLAINTIFFS,
WIESLAW and WANDA ROG

By: _____
Gregory Osakwe, Esq.
Law Offices of Kevin C. Ferry
286 Farmington Avenue
Hartford, CT 06105
(860) 247-7242
Federal Bar Number CT 24890

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing has been mailed, postage prepaid 13th day of April 200 to the following:

William J. Melley III
Law Offices of William J. Melley III
250 Hudson Street
Hartford, CT 06106

_____
Gregory Osakwe