4/20/FILED

2004 APR 20 P 3: 53

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG and WANDA ROG<br>Plaintiffs | : CIVIL ACTION NO.:<br>  3:02cv597(WWE) |
| VS. | : |
| CITY OF HARTFORD, IN OFFICIAL<br>CAPACITY OFFICER SHAWN ST. JOHN,<br>#D30, IN INDIVIDUAL CAPACITY OFFICER<br>SHAWN ST. JOHN #D30, IN OFFICIAL CAPACITY<br>OFFICER JOHNSON #D76, IN INDIVIDUAL<br>CAPACITY OFFICER JOHNSON #D76, IN<br>OFFICIAL CAPACITY OFFICER<br>WASHINGTON #B95, IN INDIVIDUAL<br>CAPACITY OFFICER WASHINGTON #B95, IN<br>OFFICIAL CAPACITY CHIEF BRUCE<br>MARQUIS, IN INDIVIDUAL CAPACITY<br>CHIEF BRUCE MARQUIS<br>      Defendants | : April 12, 2004 |

### DEFENDANTS' EXHIBIT LIST

The defendants hereby submit the following exhibits at the time of trial:

4-19-04  501.  Police Report.

4-19-04  502.  Hartford Police Department Form #60 completed by Shawn St. John.

4/20/04  503.  Hartford Police Department Form #60 completed by Tishay Johnson. - Full

4/20/04  504.  Medical Record as to Shawn St. John - Full

4/20/04  505.  Statement Re: plaintiff Wanda Rog - Full.

Full 4-19-04  504.  HARTBEAT – Dispatch Summary Record.
IO 4-19-04  505  Hartford Police Department Incident Report

DEFENDANTS,

*[signature]*
William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933; fax: (860) 247-9944
Federal Bar No. CT 06355

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand delivered this date to:

Kevin Ferry, Esquire
Gregory Osakwe, Esquire
286 Farmington Avenue
Hartford, CT 06105

*[signature]*
William J. Melley III