

**FILED**

2004 APR 30 P 1: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WIESLAW ROG and WANDA ROG<br>    Plaintiffs | : | CIVIL ACTION NO.:<br>3:02cv597(WWE) |
| VS. | : | |
| IN OFFICIAL CAPACITY OFFICER<br>SHAWN ST. JOHN, #D30, IN INDIVIDUAL<br>CAPACITY OFFICER SHAWN ST. JOHN #D30,<br>IN OFFICIAL CAPACITY OFFICER<br>JOHNSON #D76, IN INDIVIDUAL<br>CAPACITY OFFICER JOHNSON #D76<br>    Defendants | : | April 29, 2004 |

## VERIFIED BILL OF COSTS

The defendants hereby make claim for a Bill of Costs following the judgment in favor of the defendants pursuant to Local Rule 17 as follows:

| | | |
|---|---|---|
| 1. | Filing Fee | $ 150.00 |
| 2. | Depositions of Wieslaw Rog & Wanda Rog | $ 356.16 |
| 3. | Deposition transcript of Tishay Johnson | $ 110.24 |
| 4. | Deposition transcript of Officer Shawn St. John & Officer Marcel Washington | $ 213.91 |
| 5. | Interpreters & Translators for deposition of Wieslaw Rog & Wanda Rog | $ 240.00 |
| | TOTAL | $1,070.31 |

A copy of the invoices are attached hereto and included in this affidavit of the Bill of Costs.

I understand the meaning of an oath.

                                DEFENDANTS,

                                William J. Melley III
                                250 Hudson Street
                                Hartford, Connecticut 06106
                                (860) 247-9933; fax: (860) 247-9944
                                Federal Bar No. CT 06355

STATE OF CONNECTICUT )
                          ) ss: Hartford
COUNTY OF HARTFORD )

Subscribed and sworn to before me this 29th day of April, 2004.

                                Betty J. Dombrowski
                                Notary Public
                                My Commission Expires: 9/30/08

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this date to:

Kevin Ferry, Esquire
Gregory Osakwe, Esquire
286 Farmington Avenue
Hartford, CT 06105

                                William J. Melley III

**RPR** — Registered Professional Reporter

ROBIN BUSCETTO
Court Reporter

SSN 04[redacted]-42-9513

298 Skinner Ln.
Hebron, CT 06248

**TO:** William J. Melley III, Esq.
Kenny, Brimmer, Melley & Mahoney
Five Grand St.
Hartford, CT 06106

**RE:**

**DATE:** 12-30-02

Civil Action No.: 3:02cv597 (JCH)
Wieslaw Rog & Wanda Rog
vs
City of Hartford, et al
Deposition of Wieslaw & Wanda Rog taken on 12-10-02

| | |
|---|---|
| | 286.00 |
| Appearance | 50.00 |
| Tax | 20.16 |
| Total | $356.16 |

Thank you.

**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

WILLIAM J. MELLEY, III, ESQUIRE
KENNY, BRIMMER, MELLEY & MAHONEY
5 GRAND STREET
HARTFORD, CT  06106

DATE         05/01/2003
INVOICE         26170
CLIENT            189
REFERENCE DUN

Re: WIESLAW ROG, ET AL  CITY OF HARTFORD, ET AL
Assignment Date: March 19, 2003

Deposition Of - OFFICER TISHAY JOHNSON

| | |
|---|---:|
| USDC OPPOSING COUNSEL | 100.00 |
| SHIPPING & HANDLING | 4.00 |
| Total Amount $ | 104.00 |
| Tax $ | 6.24 |
| Total due $ | 110.24 |

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
WILLIAM J. MELLEY, III, ESQUIRE
KENNY, BRIMMER, MELLEY & MAHONEY
5 GRAND STREET                              DATE       02/07/2003
HARTFORD, CT   06106                        INVOICE       24281
                                            CLIENT          189
                                            REFERENCE REM
```

Re: WIESLAW ROG AND WANDA ROG    CITY OF HARTFORD, ET AL
Assignment Date: January 20, 2003

```
  Deposition Of - OFFICER SHAWN ST. JOHN

  USDC OPPOSING COUNSEL                                  163.40

  Deposition Of - OFFICER MARCEL WASHINGTON

  USDC OPPOSING COUNSEL                                   34.40
  SHIPPING & HANDLING                                      4.00
                                                     ==========
                              Total Amount  $          201.80
                                       Tax  $           12.11
                                 Total due  $          213.91
```

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

# Invoice

**INTERPRETERS & TRANSLATORS INC.**
263 Main Street
Manchester, CT 06040-3538
Tel: 860-647-0686   Fax: 860-646-3590

| DATE | INVOICE NO. |
|---|---|
| 12/18/2002 | 9408 |

**BILL TO**
KENNY, BRIMMER, MELLEY & MAHONEY
Five Grand St.
Hartford, Ct 06106-1505

Tax I.D.#06-1165742
Attn: William Melley II, Esq.
Fax: 860-527-0214

| P.O. NO. | TERMS |
|---|---|
|  | Net 30 |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Interpreter in the Polish language in the matter of Rog vs City of Hartford on 12/10/02 (3 hours including travel) | 240.00 | 240.00 |
| CT Sales Tax | 6.00% | 0.00 |

Your business is very much appreciated.

**Total**   $240.00