CT/cvjysel (January 18, 2002)

TOTAL TIME: 2 hours 25 minutes    DEPUTY CLERK Kolesnikoff  HONORABLE Eginton   RPTR/ERO/TAPE Corriette

INTERPRETER=Ivonne Galinski

DATE 4/12/04    START TIME 10:00   END TIME 12:25

RECESS FROM ___  LUNCH RECESS FROM ___ TO ___ (if more than 1/2 hour)

Rog
vs.
Hartford

CIVIL NO. 3:02cv597WWE

§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

Gregory Osakwe
Plaintiffs Counsel

William Melley
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- ☐ ☐ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to ___
- ☒ ☒ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until ___
- ☐ # Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ # Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ # Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ # Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ ___   ☐ filed ☐ docketed
- ☐ ___   ☐ filed ☐ docketed
- ☐ ___   ☐ filed ☐ docketed
- ☐ ___   ☐ filed ☐ docketed
- ☒ 7 # jurors present
- ☒ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☒ Voir Dire by Court
- ☒ Peremptory challenges exercised (See attached)
- ☒ Jury of 8 drawn (See attached) ☒ and sworn ☐ Jury Trial commences
- ☒ Remaining jurors excused
- ☐ Discovery deadline set for ___
- ☐ Disposition Motions due ___
- ☐ Joint trial memorandum due ___
- ☒ Trial continued until 4/19 at 9am

☒ COPY TO: JURY CLERK

(CD.10-Rev. 9/92)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Rog
v
HARTFORD

CASE NO. 3:02CV597WWE

### CIVIL CHALLENGES

1. 100 Edward Kenner
2. Robert Ingraham – 166
3. Dwight Pulton – 079
4. _____

1. Jennifer Bennett  001
2. Sean Kenny  039
3. _____
4. _____

_____
COUNSEL FOR PLAINTIFF(S)

_____
COUNSEL FOR DEFENDANT(S)

Basic Panel

Judge's List

Judge: **WARREN W. EGINTON**  
Event: **3:02CV597(WWE)**  
Description: **ROG V. CITY OF HARTFORD**

Date: 4/12/04  
Time: 9:34 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100112372 | 02-0096 | **BENTON, ROBERT A**<br>DANBURY<br>RECEIVING DEPT. | CP |
| 2 | 100110823 | 02-0045 | **LIPHARDT, LISA A**<br>BRIDGEPORT | CP |
| 3 | 100106281 | 02-0038 | **BRUNO, CHARLES J**<br>STRATFORD<br>FINANCE DIRECTOR | CP |
| 4 | 100110297 | 02-0079 | **PATTON, DWIGHT H**<br>STRATFORD<br>RETIRED TEACHER | PP |
| 5 | 100082728 | 02-0001 | **BENNETT, JENNIFER R**<br>STRATFORD<br>KITCHEN SALES | PD |
| 6 | 100121666 | 02-0111 | **LAURO, WAYNE A**<br>BRIDGEPORT<br>MAINTENANCE DIRECTOR | J |
| 7 | 100108184 | 02-0023 | **ANGUS, DAHLIA M**<br>BRIDGEPORT<br>BILLING DIRECTOR | J |
| 8 | 100095356 | 02-0060 | **SCHMIDEL, DEBORAH L**<br>RIVERSIDE<br>BOOKKEEPER | CP |
| 9 | 100081938 | 02-0109 | **SHORB, FREDERICK A**<br>FAIRFIELD<br>OUTSIDE SALES | J |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge: WARREN W. EGINTON  
Event: 3:02CV597(WWE)  
Description: ROG V. CITY OF HARTFORD  

Date: 4/12/04  
Time: 9:34 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 10 | 100126104 | 02-0100 | IENNER, EDWARD A<br>STAMFORD — TECH PHONE | PP |
| 11 | 100115591 | 02-0016 | KRITZER, HARRY A<br>WESTPORT — ATTORNEY | CP |
| 12 | 100090853 | 02-0124 | BRAEMER, RICHARD A<br>SHELTON — COMPUTER NETWORKING | J |
| 13 | 100096542 | 02-0086 | RACANIELLO, AUDREY<br>BRIDGEPORT — CAREGIVER/CULINARY STUDENT, NIGHTS | CP |
| 14 | 100083670 | 02-0097 | WHITE, DORCAS<br>BRIDGEPORT — SOCIAL WORKER | CP |
| 15 | 100087851 | 02-0101 | LOCKHART, BENJAMIN F<br>BRIDGEPORT — STOCK CLERK | J |
| 16 | 100110891 | 02-0089 | LIPOVETSKY, SIMON<br>NEW CANAAN — SR. MANAGER, IS | CP |
| 17 | 100113273 | 02-0132 | GREEN, STEPHEN L<br>WESTPORT — VENTURE CAPITAL | CP |
| 18 | 100118136 | 02-0039 | KENNY, SEAN MICHAEL<br>STRATFORD — MAINTENANCE/CUSTOMER SERVICE | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Case 3:02-cv-00597-WWE    Document    Filed 04/12/2004    Page 5 of 10

Judge's List

Judge: **WARREN W. EGINTON**  
Event: **3:02CV597(WWE)**  
Description: **ROG V. CITY OF HARTFORD**

Date: **4/12/04**  
Time: **9:34 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100100556 | 02-0080 | **DAWKINS, MICHAEL R** <br> MONROE <br> SHOP FOREMAN | CP |
| 20 | 100087936 | 02-0163 | **PORUBAN, BARBARA J** <br> FAIRFIELD <br> RETIRED SCHOOL TEACHER | CP |
| 21 | 100119843 | 02-0183 | **KENSEK, CHESTER D** <br> NORWALK <br> TEACHER | J |
| 22 | 100106350 | 02-0110 | **BENWARE, LINDA J** <br> STAMFORD <br> SCHOOL SECRETARY | CP |
| 23 | 100105029 | 02-0177 | **LAUTIER, CHARLES A** <br> STRATFORD <br> RETIRED MECHANICAL ENGINEER | CP |
| 24 | 100109087 | 02-0131 | **GACHI, MATTHEW P** <br> EASTON <br> FINANCIAL PLANNER | J |
| 25 | 100097239 | 02-0024 | **BROTHERS, LAURA A** <br> TRUMBULL <br> PATIENT ACC'T REPRESENTATIVE | J |
| 26 | 100094281 | 02-0014 | **HILDRED JR, ALAN** <br> NEWTOWN <br> SUPERVISOR | NU |
| 27 | 100117943 | 02-0180 | **KAMEN, SANDRA L** <br> GREENWICH | NU |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Case 3:02-cv-00597-WWE    Document 60    Filed 04/12/2004    Page 6 of 10

Judge's List

Judge: **WARREN W. EGINTON**                                    Date: **4/12/04**
Event: **3:02CV597(WWE)**                                       Time: **9:34 AM**
Description: **ROG V. CITY OF HARTFORD**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100098583 BRIDGEPORT | 02-0020 | JACKSON, FERNANDEZ — M.H.A./CASE MANAGER | CP |
| 29 | 100112533 DANBURY | 02-0081 | DEVINE, PAUL J — PRODUCE MANAGER | CP |
| 30 | 100117124 DANBURY | 02-0118 | MAZZUCCO, NANCY E — INTERN | CP |
| 31 | 100118591 STRATFORD | 02-0036 | HOLTZ, JEFFREY A — BROADCASTER/JOURNALIST | CP |
| 32 | 100097312 BRIDGEPORT | 02-0094 | MERRILL, JUDITH A | CP |
| 33 | 100102997 MONROE | 02-0008 | FLAHIVE, PAUL M — BANKER | NU |
| 34 | 100083919 DANBURY | 02-0166 | INGRAHAM, ROBERT P | PP |
| 35 | 100083047 FAIRFIELD | 02-0058 | LEASK, WILLIAM M — COLD FOOD CLERK | |
| 36 | 100084233 NEW FAIRFIELD | 02-0092 | LENTZ, CHRISTOPHER M — MANAGER | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge: **WARREN W. EGINTON**  
Event: **3:02CV597(WWE)**  
Description: **ROG V. CITY OF HARTFORD**

Date: **4/12/04**  
Time: **9:34 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100125540 | 02-0019 | **VEREBELYI, LINDA A**<br>WESTON | |
| 38 | 100090736 | 02-0066 | **CEGLIO, PATRICIA A**<br>NORWALK  EXECUTIVE ASSISTANT | |
| 39 | 100094632 | 02-0189 | **FALLER, JAMES B**<br>NEWTOWN | |
| 40 | 100090035 | 02-0136 | **SCHWARTZ, STEVEN**<br>NEWTOWN  SALES | |
| 41 | 100112349 | 02-0055 | **SENIOR, MORRIS C**<br>BRIDGEPORT  CHEMICAL CO. | |
| 42 | 100094850 | 02-0150 | **FRANZEN, BARBARA C**<br>FAIRFIELD  RESIDENTIAL REAL ESTATE SALES | |
| 43 | 100122371 | 02-0013 | **WYSOCKI, MICHAEL J**<br>STRATFORD  TECHNICAL WRITER | |
| 44 | 100122927 | 02-0007 | **DELGREGO, CHRISTINE N**<br>BRIDGEPORT  COMPUTER OPERATOR | |
| 45 | 100084584 | 02-0073 | **JUDGE, MARY A**<br>STRATFORD  SOCIAL WORKER | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Case 3:02-cv-00597-WWE    Document 69    Filed 04/12/2004    Page 8 of 10

Judge's List

Judge: **WARREN W. EGINTON**                                          Date: **4/12/04**
Event: **3:02CV597(WWE)**                                             Time: **9:34 AM**
Description: **ROG V. CITY OF HARTFORD**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 46 | 100122556 | 02-0172 | **PHU, KINH K** <br> DANBURY <br> HAIR STYLE | |
| 47 | 100081991 | 02-0093 | **NICHOLSON, JOANNA H** <br> WESTPORT <br> ASSISTANT SUPT. OF SCHOOLS | |
| 48 | 100112584 | 02-0071 | **CASE, ROBERT I** <br> WILTON <br> FINANCIAL EXECUTIVE | |
| 49 | 100124249 | 02-0122 | **HJORTH, JORGEN C** <br> SHELTON <br> MARKETING | |
| 50 | 100123790 | 02-0032 | **FAUGNO, KEITH P** <br> STAMFORD <br> SALES | |
| 51 | 100090091 | 02-0062 | **THURMAN, DORIS J** <br> BRIDGEPORT <br> BANKING TELLER SUPERVISOR | |
| 52 | 100093735 | 02-0067 | **CHODASH, CRAIG** <br> WESTPORT <br> FINANCE | |
| 53 | 100121728 | 02-0085 | **SULLAWAY, MICHELE C** <br> STAMFORD <br> DEPT MANAGER | |
| 54 | 100104734 | 02-0033 | **OWEN, JANET** <br> SHELTON <br> LIBRARY DIR. | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Case 3:02-cv-00597-WWE   Document 66   Filed 04/12/2004   Page 9 of 10

Judge's List

Judge: **WARREN W. EGINTON**  Date: **4/12/04**
Event: **3:02CV597(WWE)**  Time: **9:34 AM**
Description: **ROG V. CITY OF HARTFORD**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 55 | 100126209 | 02-0130 | **SALVO, EDITH P** <br> TRUMBULL <br> OFFICE MANAGER | |
| 56 | 100110408 | 02-0048 | **CAVIOLA, JAIME J** <br> GREENWICH <br> BARTENDER | |
| 57 | 100119544 | 02-0075 | **HOPP, KIMBERLY A** <br> NORWALK <br> OFFICE MANAGER | |
| 58 | 100120626 | 02-0030 | **DENG, HONGBING** <br> SANDY HOOK <br> GENERAL MANAGER | |
| 59 | 100086744 | 02-0147 | **MUNTNER, DAVID H** <br> STAMFORD <br> COMPUTER ANALYST | |
| 60 | 100118346 | 02-0059 | **MCDONALD, DANIEL J** <br> SHELTON <br> DEPT MANAGER | |
| 61 | 100111777 | 02-0098 | **MURPHY, JAMES J** <br> NEWTOWN <br> NEWS REPORTER | |
| 62 | 100115559 | 02-0197 | **KADUBOSKI, MARK S** <br> STAMFORD <br> ATTORNEY | |
| 63 | 100109449 | 02-0095 | **RODRIGUEZ, BENIS C** <br> TRUMBULL <br> RETIRED R.ESTATE BROKER/LOAN ORIGINATOR | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Case 3:02-cv-00597-WWE   Document 609   Filed 04/12/2004   Page 10 of 10

Judge: **WARREN W. EGINTON**  Judge's List  Date: **4/12/04**
Event: **3:02CV597(WWE)**                                Time: **9:34 AM**
Description: **ROG V. CITY OF HARTFORD**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 64 | 100116489 | 02-0029 | **BAILEY, RICHARD R**<br>SANDY HOOK — CUSTODIAN | |
| 65 | 100110469 | 02-0063 | **WILLS, ETHEL C**<br>STAMFORD — ADMINISTRATIVE | |
| 66 | 100097837 | 02-0053 | **WADE, KENT F**<br>SHELTON — LEADMAN/MECHANIC | |
| 67 | 100111302 | 02-0009 | **ZAK, CAROLE J**<br>SHELTON — LPN | |
| 68 | 100118063 | 02-0043 | **SOULE, ROBIN DALE-ALMA**<br>STRATFORD — CREDIT UNION | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.