UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WIESLAW ROG and WANDA ROG

   v.                                                                              3:02cv597 WWE

CITY OF HARTFORD,
OFFICER SHAWN ST. JOHN #D30,
 Individually and Officially,
OFFICER JOHNSON #D76,
 Individually and Officially,
OFFICER WASHINGTON #B95,
 Individually and Officially,
CHIEF BRUCE MARQUIS,
 Individually and Officially

## JUDGMENT

This matter came on for trial before a jury and the Honorable Warren W. Eginton, Senior United States District Judge.  Defendants City of Hartford, Officer Washington and Officer Marquis, individually and officially were dismissed before trial.   On April 29, 2004, after deliberation, the jury returned a verdict in favor of defendants Officer St. John and Officer Johnson, individually and officially.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 4th day of May, 2004.

                                                         KEVIN F. ROWE, Clerk

                                                         By    /s/ Chrystine W. Cody
                                                                  Deputy-in-Charge

Entered on Docket _____