UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WIESLAW ROG and WANDA ROG

     v.                    3:02cv597 WWE

OFFICER SHAWN ST. JOHN, et al

RULING ON BILL OF COSTS

On May 4, 2004, judgment entered for the defendants after a jury trial. On April 30, 2004, the defendants submitted a Bill of Costs and no objection was filed by the plaintiffs. For the reasons stated below, the defendants' bill of costs is granted in part and denied in part.

A. FEES OF THE CLERK: The defendants submit a claim for fees of the clerk in the amount of $150.00. The filing fee for the petition for removal in the amount of $150.00 is allowed pursuant to 28 U.S.C. § 1920 and Local Rule 54(c)6.(iii). Costs are entered in the amount of **$150.00.**

B. FEES FOR COURT REPORTER: Defendant is entitled to costs for an original and one copy of the transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v. Carrier Mfg. Co., Inc. 511 F.2d 209, 217 (7$^{th}$Cir., 1975). Condensed, ASCII disk, expedited or daily transcripts are also not

1

recoverable as costs.  Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2.(ii).  The defendants submit claims for the deposition transcripts of Wieslaw Rog and Wanda Rog in the amount of $356.16, Tishay Johnson in the amount of $110.24, Officer Shawn St. John and Officer Marcel Washington in the amount of $213.91, however the supporting documentation does not reflect the page rate or the number of pages.  These claims are disallowed without prejudice to renewal within thirty days upon submission of complete documentation.

    C. FEES FOR INTERPRETER:  A reasonable fee for the necessary use of an interpreter is taxable when the witness has actually testified pursuant to Local Rule 54(c)4.(i).  The defendants submit a claim for an interpreter at the December 10, 2002, deposition of the plaintiffs in the amount of $240.00 for three hours.  Since there was no objection to this claim and the hourly rate is within the Administrative Office of the U. S. Courts schedule of fees for freelance interpreters, it is allowed.  Costs are entered in the amount of **$240.00**.

    D. SUMMARY: For the reasons previously stated, the defendants' bill of costs are allowed as follows:

| | |
|---|---|
| Fees of the Clerk | $150.00 |
| Fees for Interpreter | $ 240.00 |
| Total | $ 390.00 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the

presiding judge within five days of the entry of this ruling.

    Dated at Bridgeport, Connecticut, this 28th day of July, 2004.

                                      KEVIN F. ROWE, Clerk

                                      By    /s/ Chrystine W. Cody
                                                  Deputy-in-Charge