FILED

2004 AUG 17  A 11: 44

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG and WANDA ROG<br>Plaintiffs | : CIVIL ACTION NO.:<br>  3:02cv597(WWE) |
| VS. | : |
| IN OFFICIAL CAPACITY OFFICER<br>SHAWN ST. JOHN, #D30, IN INDIVIDUAL<br>CAPACITY OFFICER SHAWN ST. JOHN #D30,<br>IN OFFICIAL CAPACITY OFFICER<br>JOHNSON #D76, IN INDIVIDUAL<br>CAPACITY OFFICER JOHNSON #D76<br>  Defendants | : August 16, 2004 |

**RENEWED
VERIFIED BILL OF COSTS**

The defendants hereby make and claim submits the following in response to the court's ruling dated July 29, 2004 on the defendants' Verified Bill of Costs dated April 29, 2004 following the judgment in favor of the defendants pursuant to Local Rule 17 as follows:

| | | |
|---|---|---|
| 1. | Depositions of Wieslaw Rog & Wanda Rog | $ 356.16 |
| 2. | Deposition transcript of Tishay Johnson | $ 106.24 |
| 3. | Deposition transcript of Officer Shawn St. John & Officer Marcel Washington | $ 209.91 |

I represent and affirm under oath that the deposition of Wieslaw Rog consisted of 66 pages and Wanda Rog, 22 pages for a cost of $3.25 per page; the deposition transcript of Tishay Johnson consisted of 40 pages for a cost of $2.50 a page; the deposition transcript of Officer Shawn St. John consisted of 76 pages for a cost of $2.15 per page and the transcript for the deposition of Marcel Washington consisted of 16 pages for a cost of $2.15 a page.

TOTAL                                                                        $672.31

A copy of the invoices are attached hereto and included in this affidavit of the Bill of Costs.

I understand the meaning of an oath.

DEFENDANTS,

William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933; fax: (860) 247-9944
Federal Bar No. CT 06355

STATE OF CONNECTICUT  )
                      ) ss: Hartford
COUNTY OF HARTFORD    )

Subscribed and sworn to before me this 16th day of August, 2004.

Betty J. Dombrowski
Notary Public
My Commission Expires: 9/30/08

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this date to:

Kevin Ferry, Esquire
Gregory Osakwe, Esquire
286 Farmington Avenue
Hartford, CT 06105

                                                        _____
                                                        William J. Melley III




678 Skinner Ln.
Hebron, CT
06248

SSN 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

TO: William J. Melley III, Esq.    RE:
Kenny, Brimmer, Melley & Mahoney
Five Grand St.
Hartford, CT 06106

DATE: 12-30-02

Civil Action No.: 3:02cv597 (JCH)
Wieslaw Rog & Wanda Rog
vs
City of Hartford, et al
Deposition of Wieslaw & Wanda
Rog taken on 12-10-02

                              286.00
                  Appearance   50.00
                  Tax          20.00
                  Total        $356.00

Thank you.

**NIZIANKIEWICZ**
**MILLER**
**& M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

WILLIAM J. MELLEY, III, ESQUIRE
KENNY, BRIMMER, MELLEY & MAHONEY
5 GRAND STREET
HARTFORD, CT   06106

DATE        05/01/2003
INVOICE        26170
CLIENT           189
REFERENCE  DUN



Re: WIESLAW ROG, ET AL   CITY OF HARTFORD, ET AL
Assignment Date: March 19, 2003

Deposition Of - OFFICER TISHAY JOHNSON

USDC OPPOSING COUNSEL                              100.00
SHIPPING & HANDLING                                  4.00
                                                ==========
                           Total Amount $          104.00
                                    Tax $            6.24
                              Total due $          110.24

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

CLIENT'S COPY

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444



**972 TOLLAND STREET**
**EAST HARTFORD, CT 06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

```
WILLIAM J. MELLEY, III, ESQUIRE
KENNY, BRIMMER, MELLEY & MAHONEY
5 GRAND STREET                              DATE        02/07/2003
HARTFORD, CT  06106                         INVOICE        24281
                                            CLIENT           189
                                            REFERENCE        REM


Re: WIESLAW ROG AND WANDA ROG     CITY OF HARTFORD, ET AL
Assignment Date: January 20, 2003


  Deposition Of - OFFICER SHAWN ST. JOHN

  USDC OPPOSING COUNSEL                                   163.40

  Deposition Of - OFFICER MARCEL WASHINGTON

  USDC OPPOSING COUNSEL                                    34.40
  SHIPPING & HANDLING                                       4.00
                                                       ==========
                              Total Amount  $            201.80
                                       Tax  $             12.11
                              Total due     $            213.91

  WE APPRECIATE YOUR BUSINESS!
  PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY