UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG and WANDA ROG<br>    Plaintiffs | : CIVIL ACTION NO.:<br>   3:02cv597(WWE) |
| VS. | : |
| IN OFFICIAL CAPACITY OFFICER<br>SHAWN ST. JOHN, #D30, IN INDIVIDUAL<br>CAPACITY OFFICER SHAWN ST. JOHN #D30,<br>IN OFFICIAL CAPACITY OFFICER<br>JOHNSON #D76, IN INDIVIDUAL<br>CAPACITY OFFICER JOHNSON #D76<br>    Defendants | : November 17, 2004 |

### MOTION TO RELEASE BOND TO DEFENDANTS

The plaintiffs in the above-entitled matter, upon motion of the defendants, did, in fact, file a surety bond in the sum of $500.00 with the clerk upon commencement of the action. Thereafter, the matter was tried to a jury before the Honorable Warren Eginton resulting in a verdict and then a judgment for the defendants. The defendants thereafter moved and received an order on their Bill of Costs totaling $1,062.31.

The defendants now come before the Court requesting an order for the release by the clerk of the cash bond in the amount of $500.00 payable to the undersigned as attorney for the defendants as partial satisfaction of the defendants' Bill of Costs.

DEFENDANTS,

*[signature]*
William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933; fax: (860) 247-9944
Federal Bar No. CT 06355

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this date to:

Kevin Ferry, Esquire
Gregory Osakwe, Esquire
286 Farmington Avenue
Hartford, CT 06105

*[signature]*
William J. Melley III