UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WIESLAW ROG and WANDA ROG<br>Plaintiffs | : CIVIL ACTION NO.:<br>  3:02cv597(WWE) |
| VS. | : |
| IN OFFICIAL CAPACITY OFFICER<br>SHAWN ST. JOHN, #D30, IN INDIVIDUAL<br>CAPACITY OFFICER SHAWN ST. JOHN #D30,<br>IN OFFICIAL CAPACITY OFFICER<br>JOHNSON #D76, IN INDIVIDUAL<br>CAPACITY OFFICER JOHNSON #D76<br>Defendants | : June 30, 2006 |

**NOTICE OF SATISFACTION OF DEFENDANTS' BILL OF COST**

The undersigned hereby notifies the court that the plaintiffs have satisfied the defendants' Bill of Costs.

DEFENDANTS,

William J. Melley III
250 Hudson Street
Hartford, Connecticut 06106
(860) 247-9933; fax: (860) 247-9944
Federal Bar No. CT 06355

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this date to:

Kevin Ferry, Esquire
Gregory Osakwe, Esquire
286 Farmington Avenue
Hartford, CT 06105

William J. Melley III